UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BOBBY BARBER,**

    **Plaintiff,**

**v.**                                                       **Case No. 5:19cv476-TKW-MJF**

**FLOWERS, et al.,**

    **Defendants.**

_____/

# ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 5). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that the proper venue for this case is the Middle District of Florida, not the Northern District.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **TRANSFERRED** to the Middle District of Florida, and the Clerk shall close the file.

**DONE and ORDERED** this 18th day of February, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**